United States District Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL MCCAIN, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-02071 |
| | § | |
| GR WIRELINE, L.P., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On June 14, 2022, Plaintiff's Motion to Authorize Notice to Potential Plaintiffs Pursuant to § 216(b) or, in the Alternative, for Expedited Discovery to Facilitate Notice to Potential Plaintiffs ("Motion to Authorize Notice") (Dkt. 21) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 30. Judge Edison filed a Memorandum and Recommendation on January 6, 2023, recommending that the motion be **DENIED**. Dkt. 43.

On January 20, 2023, Plaintiff timely filed his Objections. Dkt. 47. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections, the Memorandum and Recommendation, the pleadings, the record, and the applicable law. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1)     Judge Edison's Memorandum and Recommendation (Dkt. 43) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2)     Plaintiff's Motion to Authorize Notice (Dkt. 21) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED on this 1st day of February 1, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE