UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SAMUEL MCCAIN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> VS. <br><br> GR WIRELINE, L.P. and GR SERVICES OPERATING GP LLC, <br><br> Defendants. | § § § § § § § § § § § § |  CIVIL ACTION NO. 4:21-CV-2071 |

# FINAL JUDGMENT

This action was tried to a jury before the undersigned, and the jury has rendered a verdict for the defendants. The defendants have recovered costs from Plaintiff Samuel McCain. The Accordingly, it is **ORDERED** that:

1. Plaintiff Samuel McCain recover nothing from the defendants;

2. The action be dismissed on the merits; and

3. All pending motions are **DENIED AS MOOT**.

**THIS IS A FINAL JUDGMENT.**

SIGNED in Houston, Texas this 31st day of July, 2023.

*George C. Hanks Jr*

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE